UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRANK DEGRAW, TRUSTEE, and INDIANA LABORERS WELFARE, PENSION AND TRAINING FUNDS, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CAUSE NO.: 1:11-cv-1517-JMS-DML ) |
| EDWARD & JONES CONCRETE, INC., | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| CALUMET CIVIL CONTRACTORS, INC., | ) ) |
| Garnishee-Defendant. | ) |

**PLAINTIFFS' INTERROGATORIES TO GARNISHEE-DEFENDANT**

To: Calumet Civil Contractors, Inc.
4898 Fieldstone Drive
Whitestown, IN 46075

The following interrogatories are addressed to you by the Plaintiffs, pursuant to Rule 33 of the Federal Rules of Civil Procedure. You are required to answer these interrogatories separately and fully in writing, under oath, and to serve a copy of your answer upon the attorney for Plaintiffs as specified in the accompanying court order.

1. Are you holding any monies or other personal property which is due or about to become due to Defendant Edward & Jones Concrete, Inc.?

ANSWER:

2. If the answer to Interrogatory No. 1 is in the affirmative, please provide the amount due or nature of the property held for the benefit of Edward & Jones Concrete, Inc.

ANSWER:

3. Do you know of any debts owing to Edward & Jones Concrete, Inc., whether due or not due, or any property, effects, goods, chattels, rights, creditors, or chooses in action, belonging to it, or in which it is interested, and now in the possession or under the control of others? If so, state the particulars.

ANSWER:

4. Identify the person or persons answering these interrogatories and identify any other person or persons possessing more knowledge concerning the information requested.

ANSWER:

                                                                    _____  
                                                                    Signature  
                                                                    Name (Printed): _____  
                                                                    Title: _____

STATE OF INDIANA    )  
                           ) SS:  
COUNTY OF _____ )

     Subscribed and sworn to before me, a Notary Public, in and for the State of Indiana, County of _____, on this ____ day of _____, 2012.

                                                              _____  
                                                              Printed: _____  
                                                              Notary Public

County of Residence: _____  
My Commission Expires: _____

p/238b/sc